United States Magistrate Judge J. RICHARD CREATURA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELAINE FAYE MATSON, ) | |
| ) | CIVIL NO. 3:11-cv-5095-RJB-JRC |
| Plaintiff, ) | |
| ) | ORDER TO AMEND |
| vs. ) | BRIEFING SCHEDULE |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on Plaintiff's Motion to Amend Briefing Schedule (ECF No. 14), Defendant not opposing Plaintiff's request, good cause having been shown, it is now, hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before June 8, 2011; Defendant's Answering Brief shall be filed on or before July 8, 2011; Plaintiff's Reply Brief shall be filed on or before July 29, 2011 and oral argument, if desired, shall be requested by August 5, 2011.

DATED this 9th day of May 2011.

_____

J. Richard Creatura
United States Magistrate Judge

ORDER TO AMEND BRIEFING SCHEDULE – [3:11-cv-5095-RJB-JRC] - 1