United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELAINE FAYE MATSON, ) | |
| ) | CIVIL NO. 3:11-cv-5095-RJB-JRC |
| Plaintiff, ) | |
| ) | ORDER FOR EXTENSION OF TIME TO |
| vs. ) | FILE REPLY BRIEF |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on Plaintiff's Unopposed Motion for Extension of Time to File Reply Brief (ECF No. 18), Defendant not opposing Plaintiff's Motion, it is now, hereby,

ORDERED that Plaintiff's Reply Brief shall be filed on or before August 12, 2011. No further extensions of time will be granted for filing Plaintiff's Reply Brief.

DATED this 29th day of July, 2011.

*/s/ J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE REPLY BRIEF – [11-cv-5095 RJB] - 1