UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELAINE FAYE MATSON,

           Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

           Defendant.

CASE NO. 11-cv-05095 RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation (Dkt. 21) of Judge J. Richard Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation (Dkt. 21).

    (2)    The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Administration for further consideration.

    (3)    **JUDGMENT** is entered for plaintiff: and the case is closed.

    (4)    The Clerk is directed to send copies of this Order to counsel of record.

Dated this 3rd day of February, 2012.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1